UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM RANDOLPH WORDEN,<br><br>　　　　　　　Defendant. | No. 4:17-CR-6019-EFS-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND SETTING CONDITIONS OF RELEASE |

On Thursday, May 11, 2017, the Defendant made his initial appearance and was arraigned based on the Indictment (ECF No. 01). The Defendant appeared, in custody, with his attorney James Egan. Assistant United States Attorney Ian Garriques represented the United States.

ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT AND SETTING CONDITIONS OF RELEASE - 1

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

**IT IS ORDERED:**

1. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

2. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in L.Cr.R. 46(k).

3. The Defendant is bound over to Judge Edward F. Shea for further proceedings.

4. Defendant shall complete and sign A.O. Form 199C and, upon release, abide by the following conditions at all times:

## CONDITIONS OF RELEASE

**(1)** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)** Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or

use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**(10)** Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

## SPECIAL CONDITIONS

**(1)** Notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

**(2)** Submit to a mental health evaluation and undergo any recommended mental health treatment as directed by the United States Probation/Pretrial Services Office.

**(3)** Remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

**(4)** Defendant shall not be in the presence of minors, unless a responsible adult, who is aware of these charges, is present at all times. Adult must be preapproved by the United States Probation/Pretrial Services Office.

**(5)** Defendant shall not frequent places where minor-aged children are present, such as malls, arcades, theaters, etc.

**(6)** Defendant shall not be within 500 feet of a school or park.

**(7)** Defendant shall not have access to computers or internet access, smart phones, or any online services.

**(8)** The defendant shall participate in a program of GPS confinement. The defendant shall wear, at all time, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event the defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest and detain the defendant. The defendant shall pay all or part of the cost of the program

| | |
|---|---|
|1| based upon ability to pay as determined by the United States Probation/Pretrial Services Office. |
|2| |
| **(9)** | Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment. |

DATED this May 11, 2017.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE