UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>WILLIAM RANDOLPH WORDEN,<br><br>                 Defendant. | NO. 4:17-CR-06019-EFS-1<br><br>**ORDER GRANTING THE STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND** |

Before the Court is a Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 22, and related Motion to Expedite, ECF No. 23. The parties have stipulated to the review procedure for the alleged child pornography contraband. The Court therefore grants the motions and enters the following Order.

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to the Stipulation, ECF No. 22, and this Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. A defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. The defense expert will be provided with a CD/DVD burner and disks to copy the report onto optical media.

ORDER GRANTING STIPULATED MOTION RE: FORENSIC REVIEW - 1

The Government will make the defense media reasonably available to the defense expert and provide ample opportunity for the defense team to examine such media subject to the procedures agreed to by the parties in the Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband.

Accordingly, **IT IS HEREBY ORDERED**:

1. The U.S. Attorney's Office's Motion to Expedite, **ECF No. 23,** is **GRANTED.**
2. The Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 22,** is **GRANTED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of August 2017.

<pre>
                    __ s/Edward F. Shea
                       EDWARD F. SHEA
              Senior United States District Judge
</pre>