Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Edward F. Shea

| United States of America, | No. 4:17-CR-6019-EFS |
|---|---|
| Plaintiff, | |
| v. | Motion to Amend Pretrial Release Conditions |
| William Randolph Worden, | |
| Defendant. | 02/01/2018 at 6:00 PM<br>Without oral argument |

Plaintiff, through his attorney of record, moves the Court pursuant to 18 U.S.C. § 3142(c)(3) to modify his pretrial conditions of release. As a condition of pre-trial release, Defendant was "restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial

Motion to Amend Pretrial
Release Conditions - 1

1  services office or supervising officer, including but not limited to
2  employment, religious services, medical necessities, substance
3  abuse testing or treatment." ECF No. 7, at 5.
4      Defendant's pretrial services officer suggested that Mr. Worden
5  no longer be restricted to his residence *at all times* as a condition
6  of pretrial release and that he rather be given a curfew condition.
7  Defendant has no objection to this modification and asks the Court
8  to remove the residential restriction condition and impose a curfew
9  condition starting at 2100 and ending at 0700 the following day.

Dated: January 2, 2018        Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Amend Pretrial
Release Conditions - 2

SERVICE CERTIFICATE

I certify that January 2, 2018, I electronically filed the foregoing with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Laurel Holland, Attorney for Plaintiff.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Amend Pretrial
Release Conditions - 3