FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:17-CR-06019-EFS-1 |
|---|---|
| Plaintiff, | ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |
| vs. | |
| WILLIAM RANDOLPH WORDEN, | **ECF No. 33** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Pretrial Release Conditions (ECF No. 33). The United States does not oppose this motion. Accordingly;

**IT IS HEREBY ORDERED**:

1. The Motion to Modify Pretrial Release Conditions (**ECF No. 33**) is **GRANTED**.

2. Special Condition of Release No. 9 (ECF No. 7) shall be modified to read as follows:

    **(9)**  Defendant shall be restricted to his/her residence between the hours of 9:00 PM and 7:00 AM except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-

ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 1

approved by the pretrial services office or supervising office, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment; or as otherwise determined appropriate by the U.S. Probation/Pretrial Services Office.

3. The Clerk of Court is directed to enter this order and provide copies to counsel.

DATED January 4, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE - 2